# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1681. JOCELYN LOPEZ v. CODY E. SMITH et al.

Following a car accident, Cody and Fonda Smith sued Jocelyn Lopez for damages. The jury returned a defense verdict. The Smiths then filed a motion for additur under OCGA § 51-12-12, arguing that the verdict was inadequate. The trial court found the zero verdict to be unsupportable in light of the fact that Lopez had conceded liability. The trial court thus ordered a new trial on the issue of damages. See OCGA § 51-12-12 (b). Lopez appeals this ruling. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" The grant of a motion for new trial is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1) and is therefore subject to the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). *Rockdale Awning & Iron Co. v. Kerbow*, 210 Ga. App. 119, 121 (2) (435 SE2d 619) (1993); *Murray v. Rozier*, 186 Ga. App. 184, 184 (367 SE2d 886) (1988). Because Lopez failed to follow the interlocutory appeal procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/16/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*